IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

NICHOLAS MCCULLAR                                                            PLAINTIFF

v.                                                                    No. 3:19CV170-NBB-RP

DESOTO COUNTY
JAIL ADMINISTRATOR CHAD WICKER
SEARGENT WINTERS                                                           DEFENDANTS

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On August 7, 2019, the court entered an order requiring the plaintiff to complete and return within 30 days various forms necessary to the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on September 9, 2019. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 30th day of September, 2019.

                                                    /s/ Neal Biggers
                                                    NEAL B. BIGGERS
                                                    SENIOR U. S. DISTRICT JUDGE